# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| **WALTER TIMOTHY GAUSE,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:16cv631-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **FRANK L. PERRY,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 13, 2017 Order.

February 13, 2017

Frank G. Johns, Clerk
United States District Court